# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| SHELLY OSGOOD, | ) |
|           Plaintiff, | ) |
| vs. | ) Case No. 4:20-cv-00885-DGK |
| EQUITY BANK, | ) |
|           Defendant. | ) |

## ORDER OF DISMISSAL

Pursuant to the parties' stipulation of dismissal (ECF No. 42), it is ORDERED that this action is dismissed WITH PREJUDICE against Defendant. Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

Date:  January 13, 2022          /s/ Greg Kays
                                                         GREG KAYS, JUDGE
                                                         UNITED STATES DISTRICT COURT